DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Nguyen<br><br>Case below:<br>178 N.C. App. 447 | No. 424P06 | 1. Def's NOA Based Upon a Constitutional Question (COA05-907)<br><br>2. AG's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. —<br><br><br>2. Allowed<br>10/05/06<br><br>3. Denied<br>10/05/06 |
| State v. Nipper<br><br>Case below:<br>177 N.C. App. 794 | No. 346P06 | Defendant's PDR Under N.C.G.S. § 7A-31 (COA05-909) | Allowed<br>10/05/06 |
| State v. Ross<br><br>Case below:<br>178 N.C. App. 393 | No. 414P06 | Def's PDR Under N.C.G.S. § 7A-31 (COA05-1476) | Denied<br>10/05/06 |
| State v. Sellers<br><br>Case below:<br>178 N.C. App. 563 | No. 438P06 | Def's (Kisha Wynn) PDR Under N.C.G.S. § 7A-31 (COA05-1498) | Denied<br>10/05/06 |
| State v. Sharpe<br><br>Case below:<br>177 N.C. App. 566 | No. 327P06 | 1. Def's NOA Based Upon a Constitutional Question (COA05-1273)<br><br>2. AG's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. —<br><br><br>2. Allowed<br>10/05/06<br><br>3. Denied<br>10/05/06 |
| State v. Shuford<br><br>Case below:<br>178 N.C. App. 742 | No. 433P06 | Def's PDR Under N.C.G.S. § 7A-31 (COA05-1381) | Denied<br>10/05/06 |
| State v. Simpson<br><br>Case below:<br>176 N.C. App. 719 | No. 220P06 | Deft's PDR Under N.C.G.S. § 7A-31 (COA05-632) | Dismissed<br>10/05/06 |
| State v. Summers<br><br>Case below:<br>177 N.C. App. 691 | No. 358P06 | 1. Def's NOA Based Upon a Constitutional Question (COA05-1248)<br><br>2. AG's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. —<br><br><br>2. Allowed<br>10/05/06<br><br>3. Denied<br>10/05/06 |